253 So.2d 217

**Guerry SNOWDEN et al.**

**v.**

**PEARL RIVER BROADCASTING COR-
PORATION et al.**

No. 51776.

Oct. 18, 1971.

In re: Pearl River Broadcasting Corpo-
ration applying for certiorari, or writ of
review, to the Court of Appeal, First Cir-
cuit, Parish of Washington. 251 So.2d 405.

Application denied; the judgment is cor-
rect.

253 So.2d 218

**Harry EASON**

**v.**

**Robert E. McGILL et al.**

No. 51781.

Oct. 18, 1971.

In re: Robert E. McGill applying for
Certiorari, or writ of review, to the Court
of Appeal, First Circuit, Parish of East
Baton Rouge. 251 So.2d 519.

Writ denied. There is no error of law
under the facts found by the Court of
Appeal.